( OKAY TO APPOINT )

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES    ☐ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)
IN THE CASE OF
_____ VS. _____
FOR
AT

**LOCATION NUMBER**

2010 AUG 16

PETER OPPENEER
CLERK US DIST COURT
WD

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

PERSON REPRESENTED (Show your full name): DANIEL H. WEILER, 10-MJ-103

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →  ☒ Felony  ☐ Misdemeanor): MAIL & WIRE FRAUD

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☒ Yes   ☐ No   ☐ Am Self Employed
Name and address of employer: Jones Publishing Inc, N7450 Aanstad Rd Iola WI 54945
IF YES, how much do you earn per month? $ 3279
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT:
$ 200,000   Family home ($185,000 owed bank)
$ 11,000    Honda Pilot
$ 2,000     Chevy Venture Van

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 5
List persons you actually support and your relationship to them:
Amy S Weiler – wife
Angela C Weiler – Daughter
Courtney C Weiler – Daughter
Laura D Weiler – Daughter
Lindsey B Weiler – Daughter

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| 728 Willow Springs Dr | US Bank | $185,000 | $1225 |
| 728 Willow Springs | 1st mortgage | $45,000 | $150 |
| Honda Pilot | | $2400 | $630 |
| Health Bills (Insurance + Bills) | | $6500 | $927 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Aug 13, 2010

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Dan Weiler